**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SEDILLO BECERRA,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:20-cv-01423-SAB<br><br>ORDER RE STIPULATION FOR VOLUNTARY REMAND PURSUANT TO 42 U.S.C. § 405(g)<br><br>(ECF No. 17) |

Theresa Sedillo Becerra ("Plaintiff") seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying an application for disability benefits pursuant to the Social Security Act. (ECF No. 1.) On October 4, 2021, the parties filed a stipulation agreeing to a voluntary remand of this matter "pursuant to *sentence four* of 42 U.S.C. § 405(g)." (ECF No. 17 (emphasis in original).) Pursuant to the terms of the stipulation, the Appeals Council will remand the case to an administrative law judge ("ALJ") for a new decision and instruct the ALJ to "reevaluate the opinion evidence of record; as warranted, reevaluate Plaintiff's maximum residual functional capacity; obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on Plaintiff's ability to perform other work in the national economy, resolving any apparent conflicts between that testimony and the *Dictionary of Occupational Titles*;

and offer Plaintiff the opportunity for a hearing, [and] take any further action needed to complete the administrative record." (Id. at 1–2.) The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner. The Court finds good cause exists to grant the parties' stipulated request.

Accordingly, IT IS HEREBY ORDERED that:

1. The above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation for remand;
2. Judgment is entered in favor of Plaintiff Theresa Sedillo Becerra and against Defendant Commissioner of Social Security; and
3. The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated:   **October 4, 2021**

UNITED STATES MAGISTRATE JUDGE